# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY TIM HERRICK,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No.  1:20-cv-01776-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. § 2412(d))<br><br>(ECF No. 23) |

Plaintiff Jeffrey Tim Herrick filed the complaint in this action on December 17, 2020. (ECF No. 1.)  On May 31, 2022, the Court granted Plaintiff's Social Security appeal and remanded the action for further proceedings, and entered judgment in favor of Plaintiff.  (ECF Nos. 21, 22.)

On August 5, 2022, the parties filed a stipulation for the award of attorney fees and expenses in the amount of $8,000.00 pursuant to the EAJA, and no costs under 28 U.S.C. § 1920. (ECF No. 23.)  The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.  (Id. at 3.)  The parties additionally proffer that the stipulation constitutes a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney may have relating to EAJA attorney fees in connection with this

1 | action. (Id. at 2.)

2 | Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $8,000.00 under the EAJA, 28 U.S.C. § 2412(d). (ECF No. 23.)

IT IS SO ORDERED.

Dated: **August 8, 2022**

UNITED STATES MAGISTRATE JUDGE